UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

    Ciro Lucana,

        Debtor(s).

Chapter 7

Case No. 18-71729-las

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                ) ss.:
COUNTY OF DUTCHESS    )

I, **Nicole Woods**, being duly sworn, deposes and says; I am not a party to the action, am over 18 years of age and reside in Wappingers Falls, New York.

On **June 22, 2018**, I served the within copy of the **Notice of Motion for Relief from the Automatic Stay, Application and Corresponding Exhibits** by depositing true copies thereof enclosed in a post-paid plain envelope, by first class mail in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth below:

**Debtor:**
Ciro Lucana
125 Browns Road
Nesconset, NY 11767
SUFFOLK-NY

**Chamber's Copy:**
Judge Louis A. Scarcella
U.S. Bankruptcy Court,
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Debtor's Attorney:**
Adam C Gomerman
807 East Jericho Turnpike
Huntington Station, NY 11746

**Trustee:**
Richard L Stern
Macco & Stern, LLP
2950 Express Drive South
Suite 109
Islandia, NY 11749

**U.S. Trustee:**
United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

Sworn to before me this
22nd day of June, 2018

_____
Notary Public

Johnson Edouard
Notary Public, State of New York
Registration NO. 01ED6353054
Qualified in Westchester County
Commission Expires Jan. 17, 2021

_____
Nicole Woods